IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WINFIELD T. WILLIS, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:1:14-cv-03748-WMN |
| GREEN TREE SERVICING, LLC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT GREEN TREE SERVICING, LLC'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Green Tree Servicing, LLC, through its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint filed by Plaintiff Winfield T. Willis for failure to state a claim upon which relief can be granted. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, which is incorporated by reference.

WHEREFORE, Defendant Green Tree Servicing, LLC respectfully requests that Plaintiff's Complaint be dismissed with prejudice. A proposed Order is attached for this Court's consideration.

Respectfully submitted,

  /s/
Brian L. Moffet (Fed. Bar No. 13821)
GORDON FEINBLATT LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
Telephone No.: 410/576 - 4291
Fax No.: 410/576 – 4269
Email: bmoffet@gfrlaw.com
*Attorneys for Defendant
Green Tree Servicing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2014, a copy of the foregoing Motion to Dismiss Plaintiff's Complaint, accompanying Memorandum of Law, and proposed Order was mailed, first-class, postage prepaid to:

>Winfield T. Willis
>2816 Hillsdale Road
>Baltimore, Maryland 21207
>*Pro Se Plaintiff*

>_____/s/_____
>Brian L. Moffet