```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND


WINFIELD T. WILLIS            *
                              *
v.                            *    Civil Action No. WMN-14-3748
                              *
GREEN TREE SERVICING, LLC     *
                              *
   *   *   *   *   *   *   *  *   *   *   *   *   *   *   *   *
```

**<u>ORDER</u>**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 12th day of March, 2015, by the United States District Court for the District of Maryland ORDERED:

1. That Plaintiff Winfield T. Willis' Motion to Remand, ECF No. 10, is DENIED;

2. That Defendant Green Tree Servicing LLC's Motion to Dismiss, ECF No. 7, is GRANTED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58;

4. This case is DISMISSED, with prejudice; and

5. That the Clerk of Court shall transmit a copy of the foregoing Memorandum and this Order to Plaintiff and all counsel of record.

                _____/s/_____
                William M. Nickerson
                Senior United States District Judge